The City of Mount Vernon, Respondent, v. Andrew M. Kenlon and Others, Appellants, Impleaded with John H. Brett and Others.— Judgment affirmed, with costs, on the authority of *City of Mount Vernon* v. *Kenlon* (97 App. Div. 191). Woodward, Jenks, Hooker and Miller, JJ., concurred.

Stanley Clinton, by Nellie Clinton, His Guardian ad Litem, Respondent, v. The Village of Port Jervis, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Curtis Brothers Lumber Company, Appellant, v. George M. Fawcett, Respondent.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Miller, JJ.

Morris Friedman, Appellant, v. Columbia Machine Works and Malleable Iron Company, Respondent.— Order affirmed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

John Hayes, Appellant, v. The City of New York and Francis J. Lantry, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.

Henry Jager, an Infant, by Adolf Jager, His Guardian ad Litem, Respondent, v. Goldmann Schweisheimer Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Adolf Jager, Respondent, v. Goldmann Schweisheimer Company, Appellant. — Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Julia E. Lingke, Appellant, v. Jacob H. Sammis, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks and Hooker, JJ., concurred.

Catherine T. McCallister, Respondent, v. The City of New York, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Alexander J. McCollum, Appellant, v. William Salmon, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

New York Mortgage and Security Company, Appellant, Respondent, v. Concourse Park Hotel Company and Others, Respondents, Appellants, Impleaded with Others.— Judgment modified by striking out paragraph V thereof, and as modified affirmed, with costs to the plaintiff against the defendants, appellants. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Robert Plaut, Respondent, v. New York Butchers' Fat Melting Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Joseph Schlesinger, Appellant, v. Joseph Sagor, First Name Fictitious, etc., Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Arthur F. Simonson, Respondent, v. Louis P. Mendham and Maurice B. Mendham, Appellants.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

William Wingerath, Respondent, v. Edmund H. Norwood, Sued as Edward Norwood, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.